United States District Court
Southern District of Texas
**ENTERED**
May 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER RAFAEL GALO RODRIGUEZ, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-587 |
| WARDEN MARTIN FRINK, *et al.* | § § § | |
| Respondents. | § | |

## FINAL ORDER OF DISMISSAL

On April 24, 2026, the Court granted habeas relief on procedural due process grounds (Dkt. 8). The respondents filed a status report (Dkt. 9) stating that the petitioner was granted voluntary departure by an immigration judge on March 11, 2026, and departed the United States on April 14, 2026. Neither party informed the Court.

Because the petitioner is no longer in the respondents' custody, this habeas action is **DISMISSED as moot**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____May 26_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE